## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DONALD CARDWELL on behalf of          :
himself and similarly-situated        :
employees,                            :
                                      :
          Plaintiffs,                 :     CIVIL ACTION
                                      :
     v.                               :     No. 08-cv-5075
                                      :
STRYDEN, INC.,                        :
                                      :
          Defendant.                  :

## ORDER

AND NOW, this  18th  day of May, 2009, upon consideration of Plaintiff's Motion for Court-Supervised Notice to Potential Opt-In Plaintiffs (Doc. No. 17), Defendant's Response in Opposition (Doc. No. 18) and Plaintiff's Reply (Doc. No. 20), and for the reasons set forth in the attached Memorandum, it is hereby ORDERED that the Plaintiff's Motion for Court-Supervised Notice to Potential Opt-In Plaintiffs is GRANTED.  It is further ORDERED as follows:

(1) Defendant shall provide plaintiff the names and last known addresses of additional potential opt-in plaintiffs by the resolution of "class issues" on or before July 18, 2009;

(2) Counsel for the parties shall meet and confer as soon as practicable regarding the form and content of the notice to putative class members. A joint proposed notice shall be submitted to the court for consideration on or before July 18, 2009;

(3) If the parties cannot agree on a joint proposed notice, they shall submit their separate proposals and a letter brief explaining their rationale on or before July 18, 2009;

(4) Class members shall have thirty (30) days from the time notice issues to file their consent forms;

(5) Finally, all remaining deadlines in the March 13, 2009 Scheduling Order (Doc. No. 16) are hereby extended for ninety (90) days.  Thus:

    All discovery shall be completed on or before November 18, 2009;

    Any motion to decertify the class shall be filed on or before December 18, 2009;

    Any motions for summary judgment shall be filed on or before February 1, 2010.


                              BY THE COURT:


                              s/J. Curtis Joyner_____
                              J. CURTIS JOYNER, J.